IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| TONESHIA COLEMAN, et al., | * | |
| Plaintiffs, | * | |
| v. | | Case No. 3:25-cv-158 (TES) |
| | * | |
| WALTON COUNTY SCHOOL DISTRICT, | | |
| | * | |
| Defendant. | | |
| | * | |

**<u>J U D G M E N T</u>**

Pursuant to this Court's Order dated October 26, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 26th day of October, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk